UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **FORD BEVENS** | **CIVIL ACTION NO: 5:20-cv-278** |
| **VERSUS** | **JUDGE:** |
| **WAL-MART TRANSPORTATION, LLC, ET AL** | **MAGISTRATE:** |

### NOTICE OF REMOVAL AND JURY DEMAND

TO:
United States District Court
Western District of Louisiana
Clerk of Court
300 Fannin Street, Ste 1167
Shreveport, LA 71101

Mr. Lacey Wallace
Wallace Law
2285 Benton Rd., Building III, Ste 502
Bossier City, LA 71111
Counsel for Plaintiff

NOW INTO COURT, through undersigned counsel, come WAL-MART TRANSPORTATION, LLC ("Walmart"), a Delaware limited liability company, NATIONAL UNION FIRE INSURANCE ("National Union"), a company domiciled in Pennsylvania, and PATRICIA VINCENT, a resident of Texas, defendants in the above entitled cause, and appearing solely for the purpose of presenting this Notice of Removal of the above entitled cause to this Honorable Court under the provisions of 28 U.S.C. § 1441, *et seq.,* and reserving all rights, respectfully show as follows:

1

1.

This suit was filed by plaintiff in the First Judicial District Court, Civil Action No. 615,556 "C", Caddo Parish, Louisiana, on March 29, 2019. (Ex. A). Walmart and National Union were served with a copy of plaintiff's Petition and Citation on or about April 16, 2019. Id.

2.

An answer to plaintiff's Petition was filed on behalf of defendants, Wal-Mart Transportation, LLC, and National Union Fire Insurance, on May 9, 2019 (Ex. B).

3.

An Amended and Supplemental Petition was filed by plaintiff on April 26, 2019, adding Patricia Vincent as a defendant. (Ex. C). Defendants filed an answer to the Amended and Supplemental Petition on June 10, 2019. (Ex. D).

4.

Defendants allege that plaintiff, Ford Bevens, is a resident, citizen, and domiciliary of Shreveport, Caddo Parish, Louisiana as stated in plaintiff's Petition. (Ex. A).

5.

Defendant, Wal-Mart Transportation, LLC, a Delaware limited liability company, is an indirectly, wholly-owned subsidiary of Walmart Inc. (formerly known as Wal-Mart Stores, Inc.). The direct parent is Wal-Mart Stores East, LP, of which WSE Management, LLC is the general partner and WSE Investment, LLC is the limited partner. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, whose parent company is Walmart Inc. (formerly known as Wal-Mart Stores, Inc.). The principal place of business of Wal-Mart Transportation, LLC is Bentonville, Arkansas.

6.

Defendant, Patricia Vincent, is a resident, citizen and domiciliary of Upshur County, Texas.

7.

Defendant National Union Fire Insurance Company is a Pennsylvania insurance company with its principal place of business in New York.

8.

In his Petition, plaintiff alleges that he was injured when an 18-wheeler owned by Walmart Transportation, LLC, and driven by its employee, Patricia Vincent, backed into plaintiff's vehicle.

9.

In his Petition, plaintiff alleges that he suffered serious personal injuries requiring medical treatment, and asserts a claim for past, present and future medical expenses; as well as past, present and future pain, suffering, mental anguish and distress.

10.

Consistent with Louisiana law, plaintiff does not allege any specific monetary amount of the value of his claims in his Petition.

11.

On February 7, 2020, defendants received correspondence from plaintiff's counsel alleging that plaintiff's injuries from the accident necessitated a fusion at C4-5 which was performed on November 4, 2019. Plaintiff further offered to settle his claim for $82,500.00. (Ex. E).

12.

Based on plaintiff's medicals and settlement demand, defendants allege the amount in controversy in this suit exceeds $75,000.00, exclusive of interest and costs.

13.

Pursuant to 28 USC § 1446(b), this Notice of Removal is timely because correspondence from plaintiff's counsel received by defendants on February 7, 2020, constitutes an "other paper from which it was first ascertained that the case is one which is or has become removable," and the Notice of Removal is filed within one year after the commencement of the action.

14.

This Court has jurisdiction of this cause of action under 28 USC § 1332.

15.

The proper court for removal is the United States District Court for the Western District of Louisiana.

16.

Defendants request a trial by jury as to all issues triable by a jury.

17.

Defendants further show unto the Court that immediately upon the filing of this Notice of Removal, a copy of same shall be served upon all adverse parties and a copy filed with the Clerk of the First Judicial District Court, Caddo Parish, Louisiana, all in accordance with 28 USC § 1446(d).

18.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that she has read the foregoing Notice of Removal, that, to the best of her knowledge, information, and belief formed after reasonable inquiry, it is well grounded in fact and is warranted by existing law or good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or cause unnecessary delay or needlessly increase in the costs of litigation.

WHEREFORE, Wal-Mart Transportation, LLC, National Union Fire Insurance Company and Patricia Vincent remove the above-entitled case from the state court to this Court.

Respectfully submitted,

**CHADWICK & ODOM, LLC**

BY: _____
R. O'Neal Chadwick, Jr. (#19517)
nchadwick@chadwicklawpartners.com
Gregory B. Odom, II (#33470)
godom@chadwicklawpartners.com
Sara B. Dantzler (#29821)
sdantzler@chadwicklawpartners.com
P.O. Box 12114
Alexandria, LA 71315
Telephone: (318) 445-9899
Facsimile: (318) 445-9470
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed, or by fax, or by email, this 4th day of March, 2020.

**CHADWICK & ODOM, LLC**

_____
Sara B. Dantzler